UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MD MAMUN KHAN,

                Plaintiff,

-against-

LT HOSPITALITY MANAGEMENT, INC.,

                Defendant.

25-cv-3990 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the July 22, 2025, order, this action is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 24, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                         Chief United States District Judge